1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| **BENCHMADE KNIFE CO., INC.**, | Case No.: 2:20-cv-11177-JWH-GJS |
|---|---|
| Plaintiff, | |
| v. | **CONSENTED JUDGMENT AND PERMANENT INJUNCTION** |
| **HOGUE, INC.** and **HOGUE TOOL & MACHINE, INC.**, | |
| Defendants. | |

The parties having considered the facts and applicable law and having agreed to the entry of this Consented Judgment and Permanent Injunction, and the parties having stipulated that there is no just reason for not resolving this litigation, the Court makes the following findings and conclusions:

1. Plaintiff Benchmade Knife Co., Inc., ("**Benchmade**") is an Oregon corporation, organized and existing under the laws of the State of Oregon, with its principal place of business at 300 Beavercreek Road, Oregon City, Oregon 97045.

2. Defendant Hogue, Inc. is a corporation, organized and existing under the laws of the State of Wyoming, with places of business both at 2063 Pabco Road, Henderson, Nevada 89011 and at 550 Linne Road, Paso Robles, California 93446.

3. Benchmade owns United States Design Patent No. D686,900 (the "**D'900 Patent**"), a patent covering the ornamental design of a knife blade.

4. Benchmade brought this action against Hogue, Inc. for infringement of the D'900 Patent.

5. Benchmade subsequently amended its Complaint to add Hogue Tool & Machine, Inc. (collectively with Hogue, Inc., "**Hogue**") as a defendant.

6. Hogue, Inc. and Hogue Tool & Machine, Inc., between them, have manufactured, used, sold, and offered to sell within the United States a certain line of knives under the TRAUMA product family identified by Hogue as SKUs 34760 and 34764, along with their related kits, all of which Benchmade alleges infringe the D'900 Patent. Benchmade accused these knives both with and without serrated blades. Specifically, with respect to the serrated blades, Benchmade alleged both (i) that the serrated knife blades infringed, and (ii) that the process of manufacturing the serrated knife blades included an intermediate step that resulted in an infringing, non-serrated knife blade, which Hogue then used in subsequent steps to make serrated blades. The "kits" referred to herein are kits comprising the components of the knives (including the accused knife blades) in an unassembled state, prepared for later

assembly by third parties. Hogue Tool & Machine, Inc. manufactured these kits and transferred them to Hogue, Inc. Hogue, Inc. offered to sell such kits to a third party.

7. Following negotiations in which each of Benchmade and Hogue has been represented by its own counsel, the parties agreed to settle, compromise, and resolve this action on the terms and conditions set forth in their Confidential Settlement Agreement.

With reference to the findings and conclusions set forth above, is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

A. Hogue, Inc., and Hogue Tool & Machine, Inc., along with their agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from Hogue, or in concert or participation with Hogue are permanently **ENJOINED** from manufacturing, using, selling, offering to sell, or importing into the United States: (i) knives in the TRAUMA product family identified by Hogue as SKUs 34760 and 34764 (both with and without serrated blades); (ii) kits of the aforementioned knives; (iii) the blades used in the aforementioned knives; (iv) any knives that include the aforementioned blades; and (v) any products that practice the D'900 Patent. Hogue and its Representatives are also hereby permanently enjoined from inducing or contributing to the infringement in the United States of the D'900 Patent by others.

B. This Court retains exclusive jurisdiction of this action, and the parties consent to venue in this Court, for the purpose of ensuring compliance with this Consented Judgment and Permanent Injunction.

C. No appeal shall be taken by any party from this Consented Judgment and Permanent Injunction, the right to appeal from this Consented Judgment and Permanent Injunction being expressly waived by the parties.

D. Each party shall bear its own costs and attorneys' fees.

E.   The Clerk is **DIRECTED** to enter this Consented Judgment and Permanent Injunction forthwith.

**IT IS SO ORDERED.**

Dated: January 11, 2023

_____
HONORABLE JOHN W. HOLCOMB
U.S. DISTRICT JUDGE